IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In re: | |
|---|---|
| REID, ANTHONY JOSEPH | |
| REID, JULIE DIANE | Bankruptcy No. 11-11144 |
| | Chapter 7 |
| Debtors. | |

**NOTICE OF INTENDED SALE #1
WITH SALE DATE OF OCTOBER 6, 2011 AT 10:00 A.M.
OBJECTION DEADLINE: SEPTEMBER 30, 2011 AT 4:30 P.M.
HEARING DATE: NOVEMBER 10, 2011 AT 9:00 A.M.**

1. Notice is hereby given by the Trustee pursuant to 11 U.S.C. §363(f) of the intended sale of all right, title, and interest of the Debtors in and to the personal property described as:

2001 Chrysler PT Cruiser

2. The proposed sale will be held by private treaty at 10:00 a.m. at the office of the Trustee located at 7011 W. 121st Street, Suite 102, Overland Park, Kansas.

3. The personal property is not encumbered.

4. The hereinabove described personal property has not been claimed as exempt by the Debtors or any other person or entity entitled to assert the Debtors' exemptions under federal or state law.

5. The personal property as hereinabove described will be sold to Anthony J Reid and Julie D. Reid, and said personal property will be sold in its present condition with no expressed or implied warranties, and the purchasers are to accept said property in its present condition.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
In re:  REID, ANTHONY JOSEPH and REID, JULIE DIANE
        Chapter 7 Bankruptcy No. 11-11144
NOTICE OF INTENDED SALE #1
Page 2

_____

6. The sale will be free and clear of all liens and encumbrances of record, and in the event of any mortgage or security interest in and to said property to be sold, the mortgage or security interest shall be transferred to the proceeds of the sale. A significant benefit will be realized by any secured creditor to the extent of receipt of proceeds through distribution upon closing of this transaction.

7. Anthony J. Reid and Julie D. Reid have made an offer of $1,500.00 for the 2001 Chrysler PT Cruiser, which offer is on file with the Trustee for an examination therein, and said offer will be accepted by the Trustee under the terms and conditions therein stated if no objections nor other bids are received on or before the 30th day of September, 2011.

8. The cost of sale shall include reasonable and necessary expenses allocated pursuant to the provisions of 11 U.S.C. §506(c) on a pro rata basis to the extent of participation in the proceeds including, but not limited to the following:

| | |
|---|---|
| Total amount of Trustee's Fees allowed under 11 U.S.C. §326 | $_____ |
| Trustee's attorneys fees | $100.00 |
| Postage & Copying Expenses not to exceed | $ 50.00 |
| Broker's fee | $200.00 |
| Broker's expenses | $ 61.75 |

9. Objections to the sale of the personal property, allowance of and payment of Trustee's fees, Trustee's attorneys fees and other administrative expenses as shown above should be made in writing to the Clerk of the United States Bankruptcy Court, 401 N. Market, Wichita, Kansas 67202, with a copy to the Trustee at the Trustee's address, Corporate Lakes, 7011 W. 121st Sstreet, Suite 102, Overland Park, KS 66209, on or before the 30th day of September, 2011 at 4:30 p.m. If an

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
In re: REID, ANTHONY JOSEPH and REID, JULIE DIANE
Chapter 7 Bankruptcy No. 11-11144
NOTICE OF INTENDED SALE #1
Page 3

_____

objection is timely filed, a hearing will be held on November 10, 2011 at 9:00 a.m. If no objections are made to the payment of the above and foregoing items, then the Court may enter an order approving said costs and disbursing the funds from the sale without further notice to all creditors.

Dated : September 9, 2011

CASE, MOSES, ZIMMERMAN & MARTIN, PA

/s/ D. Michael Case
D. Michael Case, #7491
dmc@cmzwlaw.com
Corporate Lakes
7011 W. 121st Street, Suite 102
Overland Park, KS 66209
(913) 948-9360 / (913) 451-1553 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2011, a true and correct copy of the above Notice of Intended Sale #1 was filed electronically with the U.S. Bankruptcy Court for the District of Kansas using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system, and a copy was mailed by first class U.S. Mail, postage prepaid, and properly addressed to all parties shown on the matrix attached to the original Notice of Intended Sale #1 on file with the Clerk of the U.S. Bankruptcy Court and to the following:

Kent Holmes
Semloch Enterprises, Inc.
7526 S.W. 33rd Street
Topeka, KS 66614

Butler County Treasurer
Butler County Courthouse
205 W. Central Street
El Dorado, KS 67042

/s/ D. Michael Case
D. Michael Case